# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **FRANCIS SCHAEFFER COX,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-03367-B |
| | § | |
| **BENBELLA BOOKS, INC. AND** | § | |
| **WILLIAM FULTON,** | § | |
| | § | |
| Defendants. | § | |

## STIPULATION

Plaintiff, Francis Schaeffer Fox ("Plaintiff"), and Defendant BenBella Books, Inc. ("Defendant"), hereby stipulate as follows:

Plaintiff filed his Civil Action Complaint ("Complaint") on December 20, 2018. Defendant has agreed to accept service as of January 10, 2019, and answer or otherwise respond to the Complaint by no later than February 1, 2019. Therefore, Plaintiff and Defendants stipulate that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is February 1, 2019. Defendant William Fulton is not a party to this Stipulation.

**SO STIPULATED**

Dated: January 10, 2019                                      Respectfully submitted,

*/s/ Michael A. McCabe*
Michael A. McCabe
Texas State Bar No. 24007628
mmccabe@munckwilson.com
Lauren L. Mitchell
Texas State Bar No. 24071172
nplagens@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
600 Banner Place Tower
12770 Coit Road
Dallas, Texas 75251
Telephone: 972-628-3600
Telecopier: 972-628-3616

**ATTORNEYS FOR DEFENDANT BENBELLA BOOKS, INC.**

*/s/ Larry Klayman*
Larry Klayman
leklayman@gmail.com
**KLAYMAN LAW GROUP, P.A.**
2020 Pennsylvania Ave., NW, #800
Washington, D.C. 20006
Tel: (310) 595-0800

**ATTORNEY FOR PLAINTIFF FRANCIS SCHAEFFER COX**

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of January, 2019, that a copy of the foregoing was served on all counsel of record indicated below via electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(e).

*/s/ Michael A. McCabe*
Michael A. McCabe

786186.