UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANCIS SCHAEFFER COX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-3367-B |
| | § | |
| BENBELLA BOOKS INC and | § | |
| WILLIAM FULTON, | § | |
| | § | |
| Defendant. | § | |

### ORDER TO SHOW CAUSE

After reviewing the papers and pleadings on file, the Court notes that no local counsel has appeared on behalf of Plaintiff as Local Rule 83.10(a) requires. Therefore, the Court **ORDERS** the following: By **Friday, January 18, 2019,** Plaintiff must **SHOW CAUSE**, in writing, why local counsel has not yet appeared on its behalf. Failure to comply may result in sanctions.

SO ORDERED.

SIGNED: January 11, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -