**United States District Court**
**Northern District of Texas**
Public Attorney Status Report (txndwrh01)
Report Date: 01/11/2019

1 Record(s) found for
Last Name: Klayman *
First Name: Larry *

**Search:** Enter a last name and an optional first name or bar number to search for a specific attorney

| Last Name | First Name | Or | Bar Number | Submit |

Page: << < 1 > >>  Skip to: [ ] Go

### Attorney Name

| Last | First | Middle | Bar Number | |
|------|-------|--------|------------|---|
| Klayman | Larry | E | 334581DC | **Larry E Klayman**<br>Freedom Watch<br>2020 Pennsylvania Avenue N.W<br>#800<br>Washington, DC 20006<br>Bar Status: Admitted/In Good Standing<br>Date Admitted: 08/09/2002<br>ECF Filer: Yes |