IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRANCIS SCHAEFFER COX,<br><br>               Plaintiff,<br>v.<br><br>BENBELLA BOOKS, INC., at al<br><br>               Defendants. | Case No: 3:18-cv-3367-B |

**PLAINTIFF'S OBJECTION TO PROPOSED ORDER ON DEFENDANT BENBELLA BOOKS, INC.'S MOTION TO SET FOR HEARING ITS MOTION TO DISMISS PURSUANT TO TEX. CIV. PRAC. & REM. CODE § 27.001, *ET SEQ.***

Plaintiff Francis Schaeffer Cox ("Cox") Plaintiff objects to the proposed order just submitted without his consent to this honorable Court since it presumes that Tex. Civ. Prac. & Rem. Code § 27.001 is applicable to this proceeding, which Plaintiff submits it is not as a matter of law. This will be addressed in the pleadings and a cross motion for sanctions which will be filed timely. Furthermore, counsel for Defendant was advised Plaintiff's counsel has a very heavy litigation schedule and therefore suggested that any hearing be held in May 2019. This was not disclosed to the Court in Defendant's filing.

**Dated**: March 25, 2019

                                        Respectfully submitted,

                                        */s/ Larry Klayman*
                                        Larry Klayman, Esq.
                                        Klayman Law Group, P.A.
                                        2020 Pennsylvania Ave, NW, #800
                                        Washington, DC, 20006
                                        Tel: (310) 595-0800
                                        Email: leklayman@gmail.com

                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on March 25, 2019

                                                    */s/ Larry Klayman*